(C.D. 4457)

WOOL DISTRIBUTING CORP. *v.* UNITED STATES

Court No. 66/4265 and 2 others

(Dated June 25, 1973)

*Walter E. Doherty, Jr.*, for the plaintiff.
*Harlington Wood, Jr.*, Assistant Attorney General (*Gilbert Lee Sandler*, trial attorney), for the defendant.

WATSON, Judge: For opinion see C.D. 4434.